UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| OMAR BUEN HUNTER | : |
| 1545 Montana Avenue, NE, Apt. 4 | |
| Washington, DC 20018 | : |
| | |
| Plaintiff, | : |
| | |
| v. | : CA No. |
| | |
| UNITED STATES OF AMERICA | : |
| Serve: United States Attorney General | |
| 950 Pennsylvania Avenue, NW | |
| Washington, DC 20530 | : |
| AND | |
| SERVE: United States Attorney | : |
| 555 4th Street, NW | |
| Washington, DC 20530 | : |
| | |
| AND | |
| | |
| UNITED STATES MARSHALL SERVICE | : |
| Serve: United States Attorney | |
| United States Attorney General | |
| 950 Pennsylvania Avenue, NW | |
| Washington, DC 20530 | : |
| AND | |
| Serve: John F. Clark | : |
| 3601 Pennsy Drive | |
| Landover, MD 20785 | : |
| | |
| AND | |
| | |
| Stephen Cook | : |
| Deputy United States Marshall | |
| 950 Pennsylvania Avenue, NW | |
| Washington, DC 20530 | : |
| | |
| Defendants. | : |

**COMPLAINT**

**Jurisdiction and Preliminary Statement**

Comes now the Plaintiff by and through counsel, and for his Complaint states as follows:

1. Jurisdiction for this action is based on Federal Tort Claims Act (FTCA), 1946, ch. 753, title IV, 60 Stat. 842, 28 U.S.C. § 1346(b) , 28 U.S.C. § 2671 - 2680),  42 U.S.C. 1983,  28 U.S.C. § 1343(a)(3), and 28 U.S.C. § 1331.

2. On or about June 20, 1999, the Plaintiff, while handcuffed in the custody of the United States of America Marshall Service, was beaten by a United State Federal Marshall.

3. At the time of the beating, other Federal Marshalls observed the beating and failed to protect the Plaintiff.

4. As a result of the beating, the Plaintiff received physical injuries causing physical pain and mental suffering

## Count I: Negligent Failure to Protect

5. The above paragraphs are incorporated by reference.

6. The Defendant negligently failed to protect the Plaintiff.

WHEREFORE, the Plaintiff Omar Buen Hunter demands judgment against the Defendants United States of America, United States Marshall Service, and Stephen Cook, both jointly and severally, in the amount of TWO HUNDRED AND FIFTY THOUSAND DOLLARS ($250,000.00).

## Count II: Negligently Failed to Supervise, Manage, and Train.

7. The above paragraphs are incorporated by reference.

8. The Defendant negligently failed to supervise, manage, and train its employees.

WHEREFORE, the Plaintiff Omar Buen Hunter demands judgment against the Defendants United States of America, United States Marshall Service, and Stephen Cook,

both jointly and severally, in the amount of TWO HUNDRED AND FIFTY THOUSAND DOLLARS ($250,000.00).

### Count III: Negligent Hiring and Deliberate Indifferance

9. The above paragraphs are incorporated by reference.

10. The Defendant hired individuals who are unsuitable to be Federal Marshalls and exhibited deliberate indifference to his welfare and protection.

WHEREFORE, the Plaintiff Omar Buen Hunter demands judgment against the Defendants United States of America, United States Marshall Service, and Stephen Cook, both jointly and severally, in the amount of TWO HUNDRED AND FIFTY THOUSAND DOLLARS ($250,000.00).

### Count IV: Negligent Prison Transfer

11. The above paragraphs are incorporated by reference.

12. The Defendant negligently transferred the prisoners, causing injury.

WHEREFORE, the Plaintiff Omar Buen Hunter demands judgment against the Defendants United States of America, United States Marshall Service, and Stephen Cook, both jointly and severally, in the amount of TWO HUNDRED AND FIFTY THOUSAND DOLLARS ($250,000.00).

### Count V: Violation of Civil Rights

13. The above paragraphs are incorporated by reference.

14. The Defendant violated the civil rights of the Plaintiff.

WHEREFORE, the Plaintiff Omar Buen Hunter demands judgment against the Defendants United States of America, United States Marshall Service, and Stephen Cook, both jointly and severally, in the amount of TWO HUNDRED AND FIFTY THOUSAND DOLLARS ($250,000.00).

### Count VI: Cruel and Unusual Punishment

15. The above paragraphs are incorporated by reference.

16. The Defendant imposed cruel and unusual punishment on the Plaintiff.

WHEREFORE, the Plaintiff Omar Buen Hunter demands judgment against the Defendants United States of America, United States Marshall Service, and Stephen Cook, both jointly and severally, in the amount of TWO HUNDRED AND FIFTY THOUSAND DOLLARS ($250,000.00).

### Count VII: Assault

17. The above paragraphs are incorporated by reference.

18. The Defendant assaulted the Plaintiff.

WHEREFORE, the Plaintiff Omar Buen Hunter demands judgment against the Defendants United States of America, United States Marshall Service, and Stephen Cook, both jointly and severally, in the amount of TWO HUNDRED AND FIFTY THOUSAND DOLLARS ($250,000.00).

### Count VIII: 42 U.S.C. 1983.

19. The above paragraphs are incorporated by reference.

20. Pursuant to 42-U.S.C.-1983, the Defendant is liable for improper and negligent misuse of its badge and authority.

21. The defendant, under color of any statute, ordinance, regulation, custom, or usage, of the District of Columbia subjected the Plaintiff to the deprivation of rights, privileges, or immunities secured by the Constitution and laws.

WHEREFORE, the Plaintiff Omar Buen Hunter demands judgment against the Defendants United States of America, United States Marshall Service, and Stephen

Cook, both jointly and severally, in the amount of TWO HUNDRED AND FIFTY THOUSAND DOLLARS ($250,000.00).

### Count IX: Excessive Force

22. The above paragraphs are incorporated by reference.

23. The defendant is liable for the use of excessive force.

WHEREFORE, the Plaintiff Omar Buen Hunter demands judgment against the Defendants United States of America, United States Marshall Service, and Stephen Cook, both jointly and severally, in the amount of TWO HUNDRED AND FIFTY THOUSAND DOLLARS ($250,000.00).

### Count X: Attorneys Fees

24. The above paragraphs are incorporated by reference.

25. Pursuant to common law, and the Civil Rights Attorney's Fees Awards Act o 1976, the Plaintiff makes a demand for attorney's fees herein.

WHEREFORE, the Plaintiff Omar Buen Hunter demands judgment against the Defendants United States of America, United States Marshall Service, and Stephen Cook, both jointly and severally, in the amount of TWO HUNDRED AND FIFTY THOUSAND DOLLARS ($250,000.00).

### Count XI: Bivens Constitutional Violation by Person Acting under Color of Federal Authority

26. The above paragraphs are incorporated by reference.

27. The actions delineated herein constitute a violation of the Plaintiffs constitutional rights, as established by Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388, 396-97 (1971).

WHEREFORE, the Plaintiff Omar Buen Hunter demands judgment against the Defendants United States of America, United States Marshall Service, and Stephen Cook, both jointly and severally, in the amount of TWO HUNDRED AND FIFTY THOUSAND DOLLARS ($250,000.00).

Respectfully submitted,

_____
Douglas R. Stevens, #343178
Attorney for Plaintiff
3158 O Street, N.W.
Washington, DC  20007
(202) 337-3800

JS-44
(Rev.1/05 DC)
Case 1:08-cv-01519-EGS   Document 1-2   Filed 08/29/2008   Page 1 of 2

CIVIL COVER SHEET

B
08-1519
EGS

# CIVIL COVER SHEET

**I (a) PLAINTIFFS**

Omar Buen Hunter

1001

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** DC
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Law Offices of Douglas R. Stevens
3158 O Street, NW
Washington, DC 20007

**DEFENDANTS**

United States of America, et al.

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF

Case: 1:08-cv-01519
Assigned To : Sullivan, Emmet G.
Assign. Date : 8/29/2008
Description: PI/Malpractice

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
◉ 2 U.S. Government Defendant
○ 3 Federal Question (U.S. Government Not a Party)
○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

○ **A. Antitrust**

☐ 410 Antitrust

◉ **B. Personal Injury/Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☒ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☒ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

○ **C. Administrative Agency Review**

☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

○ **D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

○ **E. General Civil (Other)**  OR  ○ **F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

/4/

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
- ⦿ 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
FTCA    28 USC 2671 et seq.

**VII. REQUESTED IN COMPLAINT**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ 250,000.00   Check YES only if demanded in complaint
JURY DEMAND:   YES ☐   NO ☒

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☐   NO ☒   If yes, please complete related case form.

DATE 8/29/08   SIGNATURE OF ATTORNEY OF RECORD [signature]

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

RECEIVED
AUG 29 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT