UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| OMAR BUEN HUNTER | : |
| 1545 Montana Avenue, NE, Apt. 4 | |
| Washington, DC 20018 | : |
| | |
|     Plaintiff, | : |
| | |
| v. | : CA No. |
| | |
| UNITED STATES OF AMERICA | : |
| Serve:  United States Attorney General | |
| 950 Pennsylvania Avenue, NW | |
| Washington, DC 20530 | : |
| AND | |
| SERVE:  United States Attorney | : |
| 555 4th Street, NW | |
| Washington, DC 20530 | : |
| | |
| AND | |
| | |
| UNITED STATES MARSHALL SERVICE | : |
| Serve:  United States Attorney | |
| United States Attorney General | |
| 950 Pennsylvania Avenue, NW | |
| Washington, DC 20530 | : |
| AND | |
| Serve:  John F. Clark | : |
| 3601 Pennsy Drive | |
| Landover, MD 20785 | : |
| | |
| AND | |
| | |
| Stephen Cook | : |
| Deputy United States Marshall | |
| 950 Pennsylvania Avenue, NW | |
| Washington, DC 20530 | : |
| | |
|     Defendants. | : |

**FIRST AMENDED COMPLAINT**


**Jurisdictional and Preliminary Statement**

Comes now the Plaintiff by and through counsel, and for his Complaint states as follows:

1.   Jurisdiction for this action is based on the Federal Tort Claims Act (FTCA), 1946, ch. 753, title IV, 60 Stat. 842, 28 U.S.C. § 1346(b) , 28 U.S.C.  § 2671 - 2680),  42 U.S.C. 1983, 28 U.S.C. § 1343(a)(3), and 28 U.S.C. § 1331.

2.   On or about August 30, 2005, the Plaintiff, while handcuffed in the custody of the United States of America Marshall Service at or near the District of Columbia Courthouse in Washington, D.C., was beaten by a United States Federal Marshall, Stephen Cook.

3.   At the time of the beating, other Federal Marshalls observed the beating and failed to protect the Plaintiff.

4.   As a result of the beating, the Plaintiff received physical injuries causing physical pain and mental suffering, emotional distress, economic loss, fear, anxiety, humiliation, personal indignity, and out of pocket expense.

## Count I: Negligent Failure to Protect

5.   The above paragraphs are incorporated by reference.

6.   The Defendants negligently failed to protect the Plaintiff.

WHEREFORE, the Plaintiff Omar Buen Hunter demands judgment against the Defendants United States of America, United States Marshall Service, and Stephen Cook, both jointly and severally, in the amount of TWO HUNDRED AND FIFTY THOUSAND DOLLARS ($250,000.00).

## Count II: Negligently Failed to Supervise, Manage, and Train.

7.   The above paragraphs are incorporated by reference.

8.  The Defendants negligently failed to supervise, manage, and train its employees, resulting in injury to the Plaintiff.

WHEREFORE, the Plaintiff Omar Buen Hunter demands judgment against the Defendants United States of America, United States Marshall Service, and Stephen Cook, both jointly and severally, in the amount of TWO HUNDRED AND FIFTY THOUSAND DOLLARS ($250,000.00).

### Count III: Negligent Hiring and Deliberate Indifferance

9.  The above paragraphs are incorporated by reference.

10.  The Defendants hired individuals who are unsuitable to be Federal Marshalls and exhibited deliberate indifference to the Plaintiff's welfare and protection.

WHEREFORE, the Plaintiff Omar Buen Hunter demands judgment against the Defendants United States of America, United States Marshall Service, and Stephen Cook, both jointly and severally, in the amount of TWO HUNDRED AND FIFTY THOUSAND DOLLARS ($250,000.00).

### Count IV: Negligent Prison Transfer

11.  The above paragraphs are incorporated by reference.

12.  The Defendants negligently transferred the prisoners, causing injury.

WHEREFORE, the Plaintiff Omar Buen Hunter demands judgment against the Defendants United States of America, United States Marshall Service, and Stephen Cook, both jointly and severally, in the amount of TWO HUNDRED AND FIFTY THOUSAND DOLLARS ($250,000.00).

### Count V: Violation of Civil Rights

13.  The above paragraphs are incorporated by reference.

14.  The Defendants violated the civil rights of the Plaintiff.

WHEREFORE, the Plaintiff Omar Buen Hunter demands judgment against the Defendants United States of America, United States Marshall Service, and Stephen Cook, both jointly and severally, in the amount of TWO HUNDRED AND FIFTY THOUSAND DOLLARS ($250,000.00).

### Count VI: Cruel and Unusual Punishment

15. The above paragraphs are incorporated by reference.

16. The Defendants imposed cruel and unusual punishment on the Plaintiff in violation of the United States Constitution.

WHEREFORE, the Plaintiff Omar Buen Hunter demands judgment against the Defendants United States of America, United States Marshall Service, and Stephen Cook, both jointly and severally, in the amount of TWO HUNDRED AND FIFTY THOUSAND DOLLARS ($250,000.00).

### Count VII: Assault and Battery

17. The above paragraphs are incorporated by reference.

18. The Defendants assaulted the Plaintiff and committed battery on the Plaintiff.

WHEREFORE, the Plaintiff Omar Buen Hunter demands judgment against the Defendants United States of America, United States Marshall Service, and Stephen Cook, both jointly and severally, in the amount of TWO HUNDRED AND FIFTY THOUSAND DOLLARS ($250,000.00).

### Count VIII: 42 U.S.C. 1983.

19. The above paragraphs are incorporated by reference.

20. Pursuant to 42-U.S.C.-1983, the Defendant is liable for improper and negligent misuse of its badge and authority.

21. The Defendants, under color of any statute, ordinance, regulation,

custom, or usage, of the District of Columbia and the United States of America subjected the Plaintiff to the deprivation of rights, privileges, or immunities secured by the Constitution and laws.

WHEREFORE, the Plaintiff Omar Buen Hunter demands judgment against the Defendants United States of America, United States Marshall Service, and Stephen Cook, both jointly and severally, in the amount of TWO HUNDRED AND FIFTY THOUSAND DOLLARS ($250,000.00).

## Count IX: Excessive Force

22. The above paragraphs are incorporated by reference.

23. The Defendants are liable for the use of excessive force.

WHEREFORE, the Plaintiff Omar Buen Hunter demands judgment against the Defendants United States of America, United States Marshall Service, and Stephen Cook, both jointly and severally, in the amount of TWO HUNDRED AND FIFTY THOUSAND DOLLARS ($250,000.00).

## Count X: Attorneys Fees

24. The above paragraphs are incorporated by reference.

25. Pursuant to common law, and the Civil Rights Attorney's Fees Awards Act of 1976 and 42 U.S.C. 1988, the Plaintiff makes a demand for attorney's fees herein.

WHEREFORE, the Plaintiff Omar Buen Hunter demands judgment against the Defendants United States of America, United States Marshall Service, and Stephen Cook, both jointly and severally, in the amount of TWO HUNDRED AND FIFTY THOUSAND DOLLARS ($250,000.00).

### Count XI:  Bivens Constitutional Violation by Person Acting under Color of Federal Authority

26.  The above paragraphs are incorporated by reference.

27.  The actions delineated herein constitute a violation of the Plaintiff's constitutional rights, as established by Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388, 396-97 (1971).

WHEREFORE, the Plaintiff Omar Buen Hunter demands judgment against the Defendants United States of America, United States Marshall Service, and Stephen Cook, both jointly and severally, in the amount of TWO HUNDRED AND FIFTY THOUSAND DOLLARS ($250,000.00).

### Count XII: Unreasonable Search and Seizure

28.  The above paragraphs are incorporated by reference.

29.  The Defendants conducted an unreasonable search and seizure as to the Plaintiff in violation of the Fourth Amendment.

WHEREFORE, the Plaintiff Omar Buen Hunter demands judgment against the Defendants United States of America, United States Marshall Service, and Stephen Cook, both jointly and severally, in the amount of TWO HUNDRED AND FIFTY THOUSAND DOLLARS ($250,000.00).

### Count XIII: Punitive Damages

30.  The above paragraphs are incorporated by reference.

31.  The facts stated herein constitute reckless and callous indifference to the Constitution rights of the Plaintiff.

WHEREFORE the Plaintiff Omar Buen Hunter demands punitive danages against the Defendants Stephen Cook, including a damage award to deter future illegality, in the amount of TWO HUNDRED AND FIFTY THOUSAND DOLLARS ($250,000.00).

Respectfully submitted,

/s/Douglas R. Stevens, Esq.
Douglas R. Stevens, #343178
Attorney for Plaintiff
3158 O Street, N.W.
Washington, DC  20007
(202) 337-3800

### JURY DEMAND

The Plaintiff demands a trial by jury on all matters as to which such a right may apply.

/s/Douglas R. Stevens, Esq.
Douglas R. Stevens, #343178
Attorney for Plaintiff
3158 O Street, N.W.
Washington, DC  20007
(202) 337-3800